


L.J. LOHEIT, TRUSTEE
P O BOX 1858
SACRAMENTO, CA 95812
(916) 856-8000

FILED

JUN 17 2009

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

In re: ) Case No.: No. 06-22270-D-13L
)
KELIHER, LISA C. ) UNCLAIMED FUNDS
)
        Debtor(s) )
_____)

TO THE CLERK, U. S. BANKRUPTCY COURT:

Please find submitted herewith check #522086 in the sum of $450.00 representing the total amount of unclaimed dividend(s) in the above-entitled estate. This sum is being paid over pursuant to 11 U. S. C. Section 347(a) and Bankruptcy Rule 3011. The name(s) and address(es) is (are) as follows:

| CLAIM NO. | NAME & ADDRESS OF CLAIMANT | AMOUNT OF CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Debtor Refund | | $450.00 |

TOTAL CHECK $450.00

Dated this 12th day of June, 2009.     BY _____
                                                                             TRUSTEE